Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000514
08-FEB-2017
08:16 AM

NO. CAAP-16-0000514

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NUANCHUT CHAIGIT, Plaintiff-Appellant,
v.
USS MISSOURI MEMORIAL ASSOCIATION, INC., Defendant-Appellee,
and
JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5;
DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS
1-5, and DOE GOVERNMENTAL AGENCIES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-0391-03)

ORDER APPROVING THE JANUARY 17, 2017
STIPULATION TO DISMISS THE APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal Filed July 13, 2016," filed January 17, 2017, by Plaintiff-Appellant Nuanchut Chaigit, and the record, it appears that (1) the appeal was docketed on September 9, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal, and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, **February 8, 2017.**

Presiding Judge

Associate Judge

Associate Judge